IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Maura C. Burton
    Plaintiff(s)

vs.                                            Civil No.: WDQ 07-cv-869

Deutsche Bank National
Trust Co., et al.
    Defendant(s)

******

## ORDER

A conditional transfer order having been issued by the Judicial Panel on Multidistrict Litigation and no objections having been filed, it is this 27th day of November, 2007,

ORDERED that this action be administratively closed while the case is pending in the transferee court.

_____
William D. Quarles, Jr.
United States District Judge