# UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
## DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk                                                                                               Reply to Northern Division Address

December 7, 2007

United States District Court
Northern District of Illinois - Clerk's Office
Everett McKinley Dirksen
United States Courthouse, 20th Floor
219 South Dearborn Street
Chicago, IL 60604

Re: Maura C. Burton v. Deutsche Bank National Trust Co., et al.
     Civil Action No.: WDQ 07-869

Dear Clerk:

[ X]     On 12/6/07, an Conditional Transfer Order was filed transferring the above-captioned case to your Court. The pleadings requested were emailed to Laura Springer of your court.

[  ]     On, an Order was filed accepting jurisdiction by your court in this case.  Enclosed are certified copies of the Transfer of Jurisdiction (Prob 22), Indictment, Judgment and Commitment, and docket entries.

[  ]     Consent of the Defendant and approval of the United States Attorney having been received, this matter is being transmitted to your Court pursuant to Fed. R. Crim. P. 20(a). Enclosed are all the original papers on file.

Kindly acknowledge receipt of the enclosed on the duplicate copy of this letter and indicate the case number assigned in your District in the area provided below.

    Thank you for your cooperation and courtesy in this matter.

                         Sincerely,

                         Felicia C. Cannon, Clerk

                      By:     /s/
                             Evaleen Gibbons, Deputy Clerk

Enclosure:

Received by: _____
Date: _____
New Case No.: _____         Letter Transferring Case (Rev. 02/26/2002)

Northern Division • 4415 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Web Site at www.mdd.uscourts.gov**